Scott E. Ortiz WSB #5-2550
Erica R. Day WSB #7-5261
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, WY 82602
307-265-0700 telephone
307-266-2306 facsimile
sortiz@wpdn.net
eday@wpdn.net

*Attorneys for Defendant CHS TX, Inc. d/b/a YesCare*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| SEAN ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 24-CV-214 |
| | ) | |
| WYOMING DEPARTMENT OF | ) | |
| CORRECTIONS, WYOMING STATE PRISON, | ) | |
| WYOMING MEDIUM CORRECTIONS | ) | |
| INSTITUTION, YESCARE p/k/a CORIZON | ) | |
| MEDICAL, DR. LEVENE, DR. ESQUEW | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS CHS TX, INC. D/B/A YESCARE'S SUPPLEMENT TO
### THE MOTION TO CONTINUE STAY

**COMES NOW** Defendant CHS TX, Inc. d/b/a YesCare (hereinafter "YesCare"), by and through its undersigned counsel of Scott E. Ortiz and Erica R. Day of Williams, Porter, Day & Neville, P.C., and hereby provides notice to the Court that YesCare has appealed the recent ruling by the U.S. Bankruptcy Court for the Southern District of Texas (Houston Division) in *In Re Tehum Care Services, Inc*. (f/k/a Corizon Health, Inc.), Case No. 23-90086 (CML) (hereinafter "Bankruptcy Court") and respectfully requests the Court enter an order continuing the stay in this matter.  In support of this motion, YesCare states as follows:

Page 1 of 3

1.      On August 7, 2025, the Bankruptcy Court entered the *Decision and Order on YesCare's Omnibus Motion to Enjoin Plaintiffs From Prosecuting Cases Against Released Parties*.

2.      The Bankruptcy Court did not grant the request to stay as it pertains to this case.

3.      YesCare is currently appealing the *Decision and Order on YesCare's Omnibus Motion to Enjoin Plaintiffs From Prosecuting Cases Against Released Parties* as it pertains to this case. The appeal is docketed in the United States District Court for the Southern District of Texas, Case No. 4:25-cv-04.

4.      YesCare respectfully requests the Court continue the stay in this matter until the Bankruptcy Court has ruled on the pending appeal.

5.      Undersigned counsel has not conferred with Plaintiff pursuant to U.S.D.C.L.R. 7.1(b)(1)(A).

**WHEREFORE**, Defendant CHS TX, Inc. d/b/a YesCare respectfully requests the Court continue the stay the above-captioned action pending a ruling from the Bankruptcy Court on the pending appeal of the *Decision and Order on YesCare's Omnibus Motion to Enjoin Plaintiffs From Prosecuting Cases Against Released Parties* as it pertains to this case.

**DATED** this 9th day of September, 2025.

**DEFENDANT CHS TX, INC. D/B/A YESCARE**

/s/ Erica R. Day
Scott E. Ortiz, WSB 5-2550
Erica R. Day WSB #7-5261
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
Casper, WY 82601
307-265-0700 telephone
307-266-2306 facsimile
Email: sortiz@wpdn.net
          eday@wpdn.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon the following by this Court's ECF System, this 9th day of September, 2025, addressed to:

Sean Rogers #33279
Doc-wmci-court@wyo.gov

/s/ Erica R. Day
Erica R. Day